**EXHIBIT 1**

Murder in the first degree

# State of Maryland,
### City of Baltimore, to wit:
## IN THE CIRCUIT COURT FOR BALTIMORE CITY

| The State of Maryland |
| -vs- |
| **Willie Lewis Billinger** |
| Defendant(s): |

## INDICTMENT

The Jurors of the State of Maryland for the body of the City of Baltimore, do on their oath present that the aforesaid DEFENDANT(S), late of said City, heretofore on or about **March 5, 2017**, at **2412 St. Paul Street Baltimore MD**, feloniously, willfully and with deliberately premeditated malice, did kill and murder **Earline Thomas**, in violation of the Common Law and Criminal Law Article, Section 2-201 of the Annotated Code of Maryland; against the peace, government and dignity of the State.

[Common Law; CR 2-201; CR 2-208] 1 0990

## SECOND COUNT

The Jurors of the State of Maryland for the body of the City of Baltimore, do on their oath present that the aforesaid DEFENDANT(S), late of said City, heretofore on or about **March 5, 2017**, at **2412 St. Paul Street Baltimore MD**, feloniously, willfully and with deliberately premeditated malice, did kill and murder **Howard Martin**, in violation of the Common Law and Criminal Law Article, Section 2-201 of the Annotated Code of Maryland; against the peace, government and dignity of the State.

[Common Law; CR 2-201; CR 2-208] 1 0990

1

## THIRD COUNT

The Jurors of the State of Maryland for the body of the City of Baltimore, do on their oath present that the aforesaid DEFENDANT(S), late of said City, heretofore on or about **March 5, 2017**, at **2412 St. Paul Street Baltimore MD**, did wear and carry a dangerous weapon openly with the intent and purpose of injuring an individual in an unlawful manner, in violation of Criminal Law Article, Section 4-101 of the Annotated Code of Maryland; against the peace, government and dignity of the State.

[CR 4-101; CR 4-101(c)(2); CR 4-101(d)(2)] 1 5200

_____
The State's Attorney for the City of Baltimore

2

LINK WITH: CO

ARR. DATE:

# 11715 0015

WITNESSES

Detective Julian Min, G848
BCPD-Homicide 242 W. 29th Street, 21211

Technician(s):

STATE OF MARYLAND
vs.
Willie Lewis Billinger
2422 N. Calvert Street-Apt. C
Baltimore, MD 21218
D.O.B. 3/31/1977
BPI#   SID# 2032363
Trkg.# 171001189564
District Ct# 1B02348221
CC# 5170305479
BCDC

Indictment

(TRUE BILL)

_____, *Foreman*

*Filed*

CHARGES
Murder in the first degree

Elizabeth Stock #811000
Homicide

RECEIVED FOR RECORD
CIRCUIT COURT FOR
BALTIMORE CITY

2017 MAY 30 P 4 18

CRIMINAL DIVISION

## NOTICE TO THE DEFENDANT

1. This paper charges you with committing a crime.
2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until trial.
3. You have the right to have a lawyer.
4. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) helping you at trial;
   (D) helping you protect your constitutional rights; and
   (E) helping you get a fair penalty if convicted.
5. Even if you plan to plead guilty, a lawyer can be helpful.
6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.
7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
8. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

3